# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**JOSEPH W. GIBSON,**<br>[DOB 05/23/1979]<br>　　　　　and,<br><br>**DANNA MARIE RODRIGUEZ**<br>[DOB 05/27/1985]<br>　　　　　Defendants. | No.　20-3109-01-CR-S-BCS<br><br>**COUNT 1**<br>18 U.S.C. § 2251(a) & (e)<br>NLT 15 Years Imprisonment<br>NMT 30 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class B Felony<br><br>**COUNT 2**<br>18 U.S.C. § 1591(a) and (b)(2)<br>NLT 10 Years<br>NMT Life Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class A Felony<br><br>Restitution<br>$100 Special Assessment<br>$5,000.00 JVTA Special Assessment |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT 1

Beginning on an unknown date, at least as early as July 26, 2020, and continuing to September 7, 2020, said dates being approximate, in Greene County, and elsewhere, in the Western District of Missouri, the defendants, **JOSEPH W. GIBSON** and **DANNA MARIE RODRIGUEZ**, employed, used, persuaded, induced, enticed, and coerced a minor, Jane Doe 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in

interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

Beginning on an unknown date, at least as early as July 26, 2020, and continuing to September 7, 2020, said dates being approximate, in Greene County, and elsewhere, in the Western District of Missouri, the defendants, **JOSEPH W. GIBSON** and **DANNA MARIE RODRIGUEZ**, in and affecting interstate or foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means Jane Doe 1, knowing Jane Doe 1 had not attained the age of 18 years and that Jane Doe 1 would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Section 1591(a) and (b)(2).

**A TRUE BILL**

*/s/ Kevin Elliott*
FOREPERSON OF THE GRAND JURY

*/s/ Ami Miller*
**AMI HARSHAD MILLER** #57711
Assistant United States Attorney

DATED: October 6, 2020
Springfield, Missouri